# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RONALD G. DANDAR,                   :   No. 92 WM 2016
                                    :
                    Petitioner      :
                                    :
                                    :
                                    :
            v.                      :
                                    :
                                    :
                                    :
PA ATT. GEN. KATHLEEN KANE,         :
COMMONWEALTH OF PENNSYLVANIA,       :
PENNSYLVANIA BOARD OF               :
PROBATION & PAROLE,                 :
                                    :
                    Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Applications for Relief are **DENIED**.